**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 13-3405M |
| Isidro Manzo | Citizenship: Mexico |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about July 27, 2013 at or near Douglas, Arizona, in the District of Arizona, Isidro Manzo, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on June 03, 2013 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(b)(2).

Isidro Manzo is a citizen of Mexico. On June 03, 2013, Isidro Manzo was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On July 27, 2013, agents found Isidro Manzo in the United States at or near Douglas, Arizona without the proper immigration documents. Isidro Manzo did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Isidro Manzo, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Isidro Manzo admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on July 27, 2013, at or near Douglas, Arizona.

File Date: 07/29/2013                                                              at Tucson, Arizona

John Stein, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date Signed: 07/29/2013

Bernardo P. Velasco
United States Magistrate Judge

Alien Number: 206 547 002